# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
| --- | --- | --- |

McALLEN DIVISION

UNITED STATES OF AMERICA

**V.**

**Hector Javier Gonzalez**
      **YOB:**    **PRINCIPAL**
                      **1993**
**United States Citizen**

United States District Court
Southern District of Texas
**FILED**

SEP 2 0 2015

**Clerk of Court**

**CRIMINAL COMPLAINT**

Case Number:

**M-15-1618-M**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 18, 2015** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,
*(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact Cindy Estefany Grande-Ferman and Juan Jose Soriano, both citizens of El Salvador, who had entered the United States in violation of law, did knowingly transport, or move or attempt to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Cuevitas, Texas to the point of arrest near Cuevitas, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)**     **FELONY**
I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

**On September 18, 2015, at approximately 2:40 PM, Border Patrol Agents Ruben Martinez Jr. and Luis A. Sanchez were assigned to the Alpha One Aerostat, a surveillance system in Sullivan City. The agents observed a raft on the Mexican side of the Rio Grande River cross into the United States and make landfall near Cuevitas, Texas. The agents monitoring Alpha One saw three poeple exit the raft and walk northbound towards Military Highway.**

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint:  [X] Yes  [ ] No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

**Michael Chandler        Senior Patrol Agent**
Printed Name of Complainant

**September 20, 2015**
Date

at **McAllen, Texas**
City and State

**Dorina Ramos**        , **U. S. Magistrate Judge**
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

### M-15-1618-M

RE:     **Hector Javier Gonzalez**


## CONTINUATION:

Agents Martinez and Sanchez relayed the information to Border Patrol Agents J. Gregory, A. Alfaro, and E. Pereyra, who were working near the area.  As the mobile agents neared, Alpha One watched as the three suspected illegal aliens boarded a white Jeep Cherokee on Military Highway.  Alpha One advised the Jeep drove on to Cemetery Road, travelling toward Guadalupe Flores Road.  Cemetery Road is a very short, lightly used road connecting Military Rd. to Guadalupe Rd.

Mobile agents set up at the end of Cemetery Road and observed the white Jeep Cherokee exit on to Guadalupe Flores.  Agents conducted a vehicle stop on the Jeep, as it was the only white Jeep on that road.

Agents determined the driver, identified as Hector Javier GONZALEZ, was a United States Citizen. The front seat passenger, Maria Del Rosario Trevino, was also a United States citizen.  The two people in the back seat admitted to being in the United States illegally.

All were transported to the McAllen Border Patrol Station for processing.  Maria Del Rosario Trevino was not prosecuted due to the two illegal aliens not being able to identify her.

## PRINCIPAL'S STATEMENT:

Hector Javier GONZALEZ was read his rights.  He stated he was willing to provide a statement without the presence of an attorney.

GONZALEZ claimed the two illegal aliens were already in the vehicle with Maria when he boarded. In fact, according to GONZALEZ, he had just boarded the vehicle minutes before being stopped by Border Patrol.  GONZALEZ did say however, that he knew from previous experience that the two people in the back seat were illegal, but he did not care.

**NOTE:** GONZALEZ was the driver of a 2 on 2 administrative smuggling case in June 2015, but was not prosecuted on that occasion.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

### M-15-1618-M

RE:     **Hector Javier Gonzalez**

**CONTINUATION:**

**MATERIAL WITNESSES' STATEMENTS:**

Both material witnesses were read their rights.  Both stated they were willing to provide statements without the presence of an attorney.

**1-**  Cindy Estefany Grande-Ferman, a citizen of El Salvador, claimed arrangements were made for her to be smuggled into the United States by her mother and grandmother.  After illegally crossing the Rio Grande River, she was told by the foot guide to run until she reached a white four door vehicle. When she saw the vehicle, the door was already open and waiting for them, and they jumped in. After boarding the vehicle, the driver made a phone call and told someone that he had already picked them up, and was taking off.  According to Grande, the driver was already in the car when she boarded.  Grande identified GONZALEZ in a photo lineup as the driver that used the telephone when she boarded the truck.

**2-**  Juan Jose Soriano, a citizen of El Salvador, claims to have been charged $8,000 (USD) to be smuggled to Virginia.  After illegally crossing the Rio Grande River, the foot guides that were leading Soriano and the other smuggled alien, instructed them to walk on a trail until they reached a road where a white SUV would be waiting for them.  When Soriano reached the road, there was a white SUV waiting there with the rear passenger door already open.  The two smuggled aliens boarded the SUV, and they drove off.  Soriano identified the driver in a photo lineup as Hector Javier GONZALEZ.